IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SKM RESTAURANTS, INC. d/b/a TOAD'S PLACE<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY<br><br>Defendant. | Case No.: 3:22-cv-00364-KAD<br><br><br><br><br>April 18, 2022 |

**DEFENDANT LEXINGTON INSURANCE COMPANY'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)**

Defendant Lexington Insurance Company ("Lexington") respectfully moves to dismiss Plaintiff SKM Restaurants, Inc. d/b/a Toad's Place's Complaint (Dkt. 1) pursuant to Fed. R. Civ. P. 12(b)(6).

As set forth more fully in the Memorandum of Law, which Lexington incorporates by reference, Plaintiff's Complaint fails to state a claim upon which relief can be granted under Count I (breach of contract) and Count II (breach of the covenant of good faith and fair dealing). Plaintiff does not, and cannot, allege that it has suffered any actual physical loss or actual physical damage to its property to warrant coverage under the Policy, which requires that the insured incur "direct physical loss or damage" to its property.

Even if the alleged losses were caused by "direct physical loss or damage to" Plaintiff's property, the Policy specifically excludes loss or damage caused directly or indirectly by the actual, alleged or threatened spread of viruses that harm human health.

For the reasons stated in the Memorandum of Law, Lexington respectfully requests entry of an Order granting this Motion, dismissing Plaintiff's Complaint with prejudice, and all other relief as this Court deems appropriate.

1

Dated: April 18, 2022

Respectfully submitted,

s/ *Tony K. Lu*

Tony K. Lu (ct31005)
**DENTONS US LLP**
One Beacon Street, Suite 25300
Boston, MA 02108
Tel: 617-235-6817
Fax: 617-235-6899
tony.lu@dentons.com

Keith Moskowitz (*pro hac vice forthcoming*)
**DENTONS US LLP**
233 S Wacker Dr. #5900
Chicago, IL 60606
Tel: 312-876-8220
keith.moskowitz@dentons.com

*Attorneys for Lexington Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of April, 2022, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's ECF filing system.  Parties may access this filing through the Court's system.  Anyone unable to accept electronic filing will be served by mail.

                                                   /s/ Tony K. Lu