# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SKM RESTAURANTS, INC.
*DOING BUSINESS AS*
*TOAD'S PLACE,*
    Plaintiff,

v.                                                                                    Civil No. 3:22-CV-00364 (KAD)

LEXINGTON INSURANCE COMPANY,
    Defendant.

## JUDGMENT

This action having come before the Court for consideration of the Defendant's motion to dismiss [ECF No. 16] before the Honorable Kari A. Dooley, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having issued a ruling granting the motion to dismiss the complaint on February 1, 2023, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the Defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 2nd day of February 2023.

                                                                               DINAH MILTON KINNEY, Clerk
                                                                               By: /s/ Kristen Gould
                                                                               Kristen Gould
                                                                               Deputy Clerk

EOD: 2/02/2023